1   AARON D. FORD
     Attorney General
2   D. RANDALL GILMER, Bar No. 14001
     Chief Deputy Attorney General
3   DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
4   LEO T. HENDGES, Bar No. 16034
     Deputy Attorney General
5   State of Nevada
   Public Safety Division
6   100 N. Carson Street
   Carson City, NV 89701-4717
7   Tel:  (775) 684-1150
   E-mail:  drands@ag.nv.gov
8         dgilmer@ag.nv.gov
         lhendges@ag.nv.gov
9

10              **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA**

12

13   Rickie Hill,                Case No. 2:20-cv-00684-APG-NJK

14              Plaintiff,    **STIPULATION AND ORDER FOR**
                                     **DISMISSAL WITH PREJUDICE**
15   v.

16   Douglas R. Rands; Aaron Ford,

17              Defendants.

18

19                Case No. 2:20-cv-01569-RFB-NJK

20   Rickie Hill,

21              Plaintiff,    **STIPULATION AND ORDER FOR**
                                     **DISMISSAL WITH PREJUDICE**
22   v.

23   Ruiz; Leong; C. Shepard,

24              Defendants.

25

26

27

28

                                  1

Case No. 2:20-cv-01608-KJD-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Brandon Marcano; Ruiz,

               Defendants.

Case No. 2:20-cv-01655-KJD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Harper,

               Defendant.

Case No. 2:20-cv-01686-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen,

               Defendants.

1

Case No. 2:20-cv-01687-RFB-EJY

2   Rickie Hill,

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

3                           Plaintiff,

4   v.

5   Spry; Calvin Johnson; E.A. Thompson; Jesus
    Ruiz; Torres; Piccinini,

6                           Defendants.

7

8

Case No. 2:20-cv-01717-JAD-DJA

9   Rickie Hill,

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

10                          Plaintiff,

11  v.

12  Marciano; Wuest,

13                          Defendants.

14

15

Case No. 2:20-cv-01807-GMN-DJA

16  Rickie Hill,

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

17                          Plaintiff,

18  v.

19  C. Carmona; Jesus Ruiz,

20                          Defendants.

21

22

23

24

25

26

27

28

3

Case No. 2:20-cv-01822-RFB-VCF

| | |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson, | |
| Defendants. | |

Case No. 2:20-cv-01868-JAD-VCF

| | |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Daniel Rhude; Jesus Ruiz, | |
| Defendants. | |

Case No. 2:20-cv-02361-JAD-DJA

| | |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| D. Rodriguez, Jr., | |
| Defendant. | |

4

| | |
|---|---|
| 1 | Case No. 2:21-cv-00145-GMN-DJA |
| 2 | Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | Juan Lima, |
| 6 | Defendant. |
| 7 | |

<br>

Rickie Hill,

               Plaintiff,

v.

Juan Lima,

               Defendant.

Case No. 2:21-cv-00145-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

Rickie Hill,

               Plaintiff,

v.

D. Striplin; Allen; Frank Lopez,

               Defendants.

Case No. 2:21-cv-00240-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

Rickie Hill,

               Plaintiff,

v.

Jackson; Nakatani,

               Defendants.

Case No. 2:21-cv-00997-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

|  |  |
|---|---|
| | Case No. 2:21-cv-01002-GMN-DJA |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Concepcion Rojastro, | |
| Defendant. | |

|  |  |
|---|---|
| | Case No. 2:21-cv-01020-GMN-NJK |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Amirkhani, | |
| Defendant. | |

|  |  |
|---|---|
| | Case No. 2:21-cv-01027-GMN-NJK |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Jarret Vandine, | |
| Defendant. | |

1

2   Rickie Hill,

3                       Plaintiff,

4   v.

5   William Gittere,

6                       Defendant.

7

8

9   Rickie Hill,

10                      Plaintiff,

11  v.

12  Tasheena Sandoval,

13                      Defendant.

14

15

16  Rickie Hill,

17                      Plaintiff,

18  v.

19  Lundgren,

20                      Defendant.

21

22

23

24

25

26

27

28

Case No. 2:21-cv-01061-RFB-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:21-cv-01103-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 2:21-cv-01361-APG-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1

2   Rickie Hill,

3                                    Plaintiff,

4   v.

5   T. Struck; J. Ruiz; E. Thompson,

6                                    Defendants.

7

Case No. 2:21-cv-01362-APG-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

8

9   Rickie Hill,

10                                   Plaintiff,

11  v.

12  J. Pope; Carter; R. Lopez; Valdez,

13                                   Defendants.

14

Case No. 2:21-cv-01371-APG-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

15

16  Rickie Hill,

17                                   Plaintiff,

18  v.

19  Keith McKeehan,

20                                   Defendant.

21

22

Case No. 2:21-cv-01375-GMN-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rickie Hill,

                  Plaintiff,

v.

Hernandez; A. Flores; Ronald Oliver,

                  Defendants.

Case No. 2:21-cv-01516-APG-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                  Plaintiff,

v.

Array, Matos; A. Kaura,

                  Defendants.

Case No. 2:21-cv-01677-APG-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                  Plaintiff,

v.

Nichols; Prevost; Collins,

                  Defendants.

Case No. 2:21-cv-01679-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Rickie Hill,<br><br>                        Plaintiff,<br><br>v.<br><br>Pryten,<br><br>                        Defendant. | Case No. 2:21-cv-01698-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                        Plaintiff,<br><br>v.<br><br>R. Meyers; T. Johnson,<br><br>                        Defendants. | Case No. 2:21-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>                        Plaintiff,<br><br>v.<br><br>Deborah Striplin; Marilyn Villatoro; B. Yeats,<br><br>                        Defendants. | Case No. 2:21-cv-01741-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

10

1

2   Rickie Hill,

3                     Plaintiff,

4   v.

5   Michael Stewart; G. Santos; Avila,

6                     Defendants.

7

Case No. 2:21-cv-01760-JAD-EJY

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

8

9   Rickie Hill,

10                    Plaintiff,

11  v.

12  Brooks,

13                    Defendant.

14

Case No. 2:21-cv-01821-GMN-NJK

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

15

16  Rickie Hill,

17                    Plaintiff,

18  v.

19  Des Williams,

20                    Defendant.

21

22

Case No. 2:21-cv-01878-GMN-NJK

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

23

24

25

26

27

28

11

|  | Case No. 2:21-cv-01888-GMN-NJK |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Whittaker, | |
| Defendant. | |

|  | Case No. 2:21-cv-01922-RFB-DJA |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| A. Lima, | |
| Defendant. | |

|  | Case No. 2:21-cv-01924-APG-VCF |
|---|---|
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| T. Johnson; R. Meyers; Morenago, | |
| Defendants. | |

Case No. 3:20-cv-00495-ART-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                Plaintiff,

v.

Jason Rutledge,

                Defendant.

Case No. 3:20-cv-00548-RFB-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

                Plaintiff,

v.

Roop; Oliver; Jesus Ruiz,

                Defendants.

IT IS HEREBY STIPULATED by and through the parties, RICKY LEE HILL, and D. Randall Gilmer, Chief Deputy Attorney General, Douglas R. Rands, Senior Deputy Attorney General, and Leo T. Hendges, Deputy Attorney General, on behalf of Defendants in each of the above-referenced cases, all of whom are current or former employees of the Nevada Department of Corrections or, in one instance, an employee of the Office of the Attorney General, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each of case numbers referenced above and attached as Exhibit A hereto, shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

13

1    The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the

2    Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered

3    moot.

4    DATED this 14th of December, 2022.          DATED this 14th Day of December, 2022.

5                                                AARON D. FORD

6                                                Attorney General

7

8    By: _____              By: /s/ D. Randall Gilmer on behalf of _____
         Ricky Lee Hill, Plaintiff                  D. Randall Gilmer, NV Bar No. 14001
9        In Pro Per                                 Chief Deputy Attorney General
                                                    Douglas R. Rands, NV Bar No. 3572
10                                                  Senior Deputy Attorney General
                                                    Leo T. Hendges, NV Bar No. 16034
11                                                  Deputy Attorney General
12                                                  *Attorneys for Defendants*

13

14                                      **ORDER**

15    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that all of the above-
     referenced matters pending before the undersigned are DISMISSED with prejudice, each side to bear its
     own fees and costs.  The Clerk of Court is directed to CLOSE THESE CASES.

17

18

19    _____
     U.S. District Judge Jennifer A. Dorsey
20    December 20, 2022

21

22

23

24

25

26

27

28

                                        14

Exhibit A – List of cases filed by Rickie Hill

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495- ART -CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |